**Appeal Dismissed and Memorandum Opinion filed August 8, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00056-CV

_____

## KADIJHA SHSHA GONZAGUE, Appellant

### V.

## STERLING POINT APARTMENTS, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1194840**

## MEMORANDUM OPINION

This appeal is from a judgment signed January 9, 2023. The clerk's record was filed February 17, 2023. The court reporter indicated on May 9, 2023 that appellant had not requested that the reporter's record be prepared, and the trial court had not ordered the reporter's record to be prepared. No brief was filed.

On June 1, 2023, this court issued an order stating that unless appellant filed a brief on or before July 6, 2023, the appeal was subject to dismissal without further

notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.